IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROSSI WADE & DAUGHTER (JANE DOE) <br><br> Plaintiffs, <br><br> v. <br><br> TRUIST BANK & THE GENERAL INSURANCE COMPANY <br><br> Defendants. | Civil No. 1:22-cv-00907 |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED with prejudice. Defendant's request for a prefiling injunction is DENIED.

_Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 7, 2022